No. 96–5028. KNAUB v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5029. GUTIERREZ-MUNOZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5031. MICHAEL v. ZERVAKOS ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5032. MOORE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–5033. KIRKLAND v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–5035. WINNICKI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5036. WELLS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–5037. VOGT v. CHURCHILL ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–5039. BROOKINS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–5040. CASTILLO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5042. ARTHUR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–5043. CHANDLER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–5044. BROWN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–5045. BARR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.